IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Johnathon Antonio Goss,<br><br>　　　　Plaintiff,<br>　v.<br><br>Scottie Bodiford,<br><br>　　　　Defendant. | Case No. 9:25-cv-11863-RMG<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation (R & R) of the Magistrate Judge recommending that the Court summarily dismiss Plaintiff's case. (Dkt. No. 10). Plaintiff, a pro se litigant, was directed by the Magistrate Judge to bring his case into proper form and given the opportunity to file an amended complaint. (Dkt. No. 5).

　　　At the time of filing this action, Plaintiff was detained at the Greenville County Detention Center. Plaintiff filed this action under 42 U.S.C. § 1983, alleging mistreatment during his incarceration, however Plaintiff does not identify what constitutional or statutory right he alleges was violated. (Dkt. No. 1 at 4).

　　　The Proper Form Order and the R & R were returned to the Court with notations of return to sender and undeliverable. (Dkt. Nos. 9, 12). Plaintiff was advised by the Magistrate Judge that he had the affirmative duty to update any change of address in writing to the Clerk. (Dkt. No. 5 at 6). Plaintiff has failed to update his address with the Court, respond to the Magistrate Judge's Proper Form Order, or file objections to the R & R.

　　　The Court finds that the Magistrate Judge accurately sets forth the proper legal standard for a failure of Plaintiff to bring the complaint into proper form and correctly concluded that the case is subject to dismissal without prejudice. Consequently, the Court **ADOPTS** the R & R of the

Magistrate Judge (Dkt. No. 10) as the Order of the Court and **DISMISSES** this action without prejudice, without leave to amend, and without issuance and service of process.

**AND IT IS SO ORDERED.**

      s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

December 3, 2025
Charleston, South Carolina